EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 5 2002

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00328 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [8 U.S.C. §§ 1324(a)(1)(A)(iv) |
| ANAND SHARMA, | ) | and (v); 1324(a)(2)(B)(ii)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

1.   From on or about December 29, 1999, till on or about July 15, 2002, the Defendant, ANAND SHARMA, conspired in the District of Hawaii and elsewhere with persons known and unknown to the grand jury to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in

reckless disregard of the fact that such coming to, entry and residence would be in violation of law.

    2.    It was part of the manner and means of the conspiracy that members of the conspiracy would recruit persons in the Republic of India and elsewhere who were interested in being smuggled to the United States (hereinafter "smugglees").

    3.    It was part of the manner and means of the conspiracy that the Defendant would transport the smugglees to the United States from various locations in Asia by commercial air.

    4.    It was part of the manner and means of the conspiracy that the Defendant would be paid amounts ranging from $2,000 [20,000] to $2,500 [25,000] U.S. [handwritten initials], by an agent who presented the money upon the Defendant's successful completion of the smuggling into the United States of aliens who were, as the Defendant well knew, not entitled to enter the United States.

    5.    The Defendant, ANAND SHARMA, brought various illegal aliens into the United States on the dates and locations set out below:

|  | Date | Location |
|---|---|---|
| 1 woman | December 29, 1999 | New York, NY |
| 1 woman | March 15, 2001 | New York, NY |
| 1 woman | June 30, 2001 | New York, NY |
| 1 woman | November 4, 2001 | Seattle, WA |
| 1 woman | December 22, 2001 | Honolulu, HI |
| 1 woman | March 18, 2002 | New York, NY |
| 1 woman | July 15, 2002 | Honolulu, HI |

2

6. It was part of the manner and means of the conspiracy that the smugglees were given the Defendant's wife's passport on which the photograph had been altered, and using that document the smugglees would attempt to enter the United States.

7. It was part of the manner and means of the conspiracy that the Defendant, ANAND SHARMA, would accompany the aliens, provide them with his wife's passport, and fill out entry documents for the smugglee.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v).

## COUNT 2

The Grand Jury further charges that:

On or about December 22, 2001, in the District of Hawaii, the Defendant, ANAND SHARMA, for the purpose of commercial advantage or private financial gain, brought and attempted to bring an alien, name unknown, to the United States, knowing and in reckless disregard of the fact that the unknown alien had not received prior authorization to come, enter, and reside in the United States, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## COUNT 3

The Grand Jury further charges that:

On or about July 15, 2002, in the District of Hawaii,

the Defendant, ANAND SHARMA, for the purpose of commercial advantage or private financial gain, brought and attempted to bring RBP, an alien, to the United States, knowing and in reckless disregard of the fact that RBP had not received prior authorization to come, enter, and reside in the United States, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: __Jul 25__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Anand Sharma
Cr. No. _____
"Indictment"